1  Travis A. Corder (SBN # 237575)
   Email: travisacorder@gmail.com
2  CORDER LAW OFFICE
   11355 W. Olympic Blvd., Ste. 100
3  Los Angeles, CA  90064
   Telephone:  (310) 775-5762
4  Facsimile:  (310) 203-3071

5

6  *Attorney for Plaintiff*
   JENNIFER LASKA

7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12

| JENNIFER LASKA, an individual, | CASE NO. CV13-4417 MWF(AGRx) |
|---|---|
| Plaintiff, | |
| v. | Assigned to Hon. Michael Fitzgerald Ctrm. 1600 |
| ABBOTT SEVERANCE PAY PLAN FOR EMPLOYEES OF KOS PHARMACEUTICALS, an ERISA plan; and ABBOTT LABORATORIES, an Illinois corporation, | **PLAINTIFF JENNIFER LASKA'S NOTICE OF MOTION AND MOTION TO EXTEND DISCOVERY PERIOD** |
| | [Filed concurrently with Plaintiff's Memorandum in Support of Motion; Declaration of Travis A. Corder; Declaration of Jennifer Laska; and Proposed Order] |
| Defendants. | |
| | Complaint Filed:  June 19, 2013 |
| | Trial Date:  November 18, 2014 |
| | Discovery Cutoff:  April 30, 2014 |
| | Hr'g Date:  April 28, 2014 |
| | Time:  10:00 a.m. |
| | Judge:  Hon. Michael Fitzgerald |
| | Ctrm:  1600 |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on **April 28, 2014**, at **10 AM**, or as soon thereafter as the matter may be heard, in Courtroom 1600 of the above-entitled Court, located at 255 E. Temple Street, Los Angeles, CA 90012, Plaintiff Jennifer Laska will and hereby does move, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, to modify the Court's October 7, 2013 Scheduling Order (Docket No. 18) to extend the fact discovery period through July 1, 2014, to allow Plaintiff to complete her depositions of Defendants and conduct motion practice with respect to those depositions (if necessary) and with respect to Defendants' responses to Plaintiff's written discovery requests, which responses Plaintiff has received.

Good cause exists for this motion, as Defendants have not complied with their discovery obligations; the interest of justice militates in favor of a brief extension of the discovery period to permit Plaintiff to obtain critical conflict of interest evidence; and neglect on the part of Plaintiff's counsel to timely complete discovery is, on the equities and under the circumstances, excusable.

This motion is based on this Notice of Motion and the concurrently filed Memorandum of Points and Authorities in Support, and the concurrently filed declarations of Travis A. Corder and the Plaintiff herself. This motion is also based on any other argument, pleadings, or papers on file that the Court may consider at or before the hearing on this motion.

This motion is made following the conferences and written correspondence of counsel pursuant to Local Rule 7-3, which occurred during dates not limited to March 3, 5, 7, 13, 18, 24, 27, 28 and 31, 2014.

ORAL ARGUMENT IS RESPECTFULLY REQUESTED IF THE COURT IS INCLINED NOT TO GRANT THIS MOTION

Dated:  March 31, 2014

**CORDER LAW OFFICE**
By:  /s/ Travis A. Corder
Travis A. Corder
Attorney for Plaintiff, JENNIFER LASKA